

**NUMBER 13-09-00547-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**MARIA IMELDA SANCHEZ,** **Appellant,**

**v.**

**JORGE SANCHEZ,** **Appellee.**

---

**On appeal from the 444th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Maria Imelda Sanchez, perfected an appeal from a judgment rendered against her in favor of appellee, Jorge Sanchez. On December 17, 2009, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on December 9, 2009, and that the deputy district clerk, Monica Uribe, had notified this Court

that appellant failed to make arrangements for payment of the clerk's record.  The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.  *See* Tex. R. App. P. 37.3, 42.3(b),(c).   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* Tex. R. App. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the 11th
day of February, 2010.

2